# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>William Steven Stanaitis<br>Penny Mifflin Stanaitis<br><br>                    Debtor(s) | Case No. 23-12187 PMM<br><br>Chapter 13 |
| WELLS FARGO BANK, N.A.<br>                    Movant<br>  v.<br><br>William Steven Stanaitis<br>Penny Mifflin Stanaitis<br><br>and<br><br>Kenneth E. West, Trustee<br>                    Respondents | |

## ORDER GRANTING STAY RELIEF AS TO PROPERTY
## LOCATED AT 349 MULBERRY DRIVE, ROYERSFORD, PA 19468

AND NOW, this ____ day of _____, 2023, it is hereby ORDERED that the automatic stay of 11 U.S.C. §362(a) is hereby modified to permit, WELLS FARGO BANK, N.A. and/or its successors and assigns to proceed with foreclosure of the property located at 349 Mulberry Drive, Royersford, PA 19468, and obtain all other relief available under the non-bankruptcy law including, but not limited to the initiation and/or continuation of foreclosure through sheriff sale of the property and ejectment.

    It is further ORDERED that Bankruptcy Rule 4001(a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under non-bankruptcy law.

    It is further ORDERED that relief granted by this Order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

    It is further ORDERED that Movant is no longer required to send and/or file the Notices required by Fed. R. Bankr. P. 3002.1 and Local Rule 3002-5.

_____
United States Bankruptcy Judge

Interested Parties:

William Steven Stanaitis
349 Mulberry Dr
Royersford, PA 19468-1272

Penny Mifflin Stanaitis
349 Mulberry Dr
Royersford, PA 19648-1272

Michael A. Cibik, Esquire
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
Attorney for Debtor(s)

Kenneth E. West, Esquire
1234 Market Street - Suite 1813
Philadelphia, PA 19107
Trustee

Powers Kirn, LLC
8 Neshaminy Interplex, Suite 215
Trevose, PA  19053
Attorneys for Movant