# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>William Steven Stanaitis<br>Penny Mifflin Stanaitis<br><br>                    Debtor(s) | Case No. 23-12187 PMM<br><br>Chapter 13 |
| WELLS FARGO BANK, N.A.<br>                    Movant<br>  v.<br><br>William Steven Stanaitis<br>Penny Mifflin Stanaitis<br><br>and<br><br>Kenneth E. West, Trustee<br>                    Respondents | |

## CERTIFICATE OF SERVICE
## OF MOTION FOR RELIEF FROM AUTOMATIC STAY
## AND NOTICE OF HEARING

    I hereby certify under penalty of perjury that I served the above captioned parties at the address specified below or on the attached list on November 3, 2023.

    The type of service made on the parties (first-class mail, electronic notification, hand delivery or another type of service) was <u>service by electronic notification and first class U.S. mail</u>.

Parties Served via Electronic Notification:

Kenneth E. West, Esquire
1234 Market Street - Suite 1813
Philadelphia, PA 19107
Email: ecfemails@ph13trustee.com
Trustee

Office of the U.S. Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

Michael A. Cibik, Esquire
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
Email: mail@cibiklaw.com
Attorney for Debtor(s)

Parties Served via First Class Mail:

William Steven Stanaitis
349 Mulberry Dr
Royersford, PA 19468-1272

Penny Mifflin Stanaitis
349 Mulberry Dr
Royersford, PA 19648-1272

/s/ Karina Velter, Esquire

Dated: November 3, 2023

POWERS KIRN, LLC
Jill Manuel-Coughlin, Esquire ; ID 63252
Harry B. Reese, Esquire; ID 310501
Karina Velter, Esquire; ID 94781
8 Neshaminy Interplex, Suite 215
Trevose, PA  19053
215-942-2090 phone; 215-942-8661 fax
Email:  bankruptcy@powerskirn.com
Attorney for Movant