## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>William Steven Stanaitis<br>Penny Mifflin Stanaitis<br><br>                Debtor(s) | Case No. 23-12187 PMM<br><br>Chapter 13 |
| WELLS FARGO BANK, N.A.<br>               Movant<br>  v.<br><br>William Steven Stanaitis<br>Penny Mifflin Stanaitis<br><br>and<br><br>Kenneth E. West, Trustee<br>             Respondents | |

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Movant has filed a motion for relief from the automatic stay with the court to permit WELLS FARGO BANK, N.A. to foreclose on 349 Mulberry Drive, Royersford, PA 19468.

**Your rights may be affected**.  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1.      If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before November 20, 2023 you or your attorney must do all of the following:

> (a)      file an answer explaining your position at:  United States Bankruptcy Clerk, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA  19107.

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

> (b)      mail a copy to the movant's attorney:  Powers Kirn, LLC
> 8 Neshaminy Interplex, Suite 215
> Trevose, PA  19053

2.      If you or your attorney do not take these steps described in paragraphs 1(a) and 1(b) above, and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.      A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer on November 29, 2023 at 1:00 pm in Courtroom 1, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA  19107.

4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.      You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether  the hearing has been cancelled because no one filed  an answer.

/s/ Karina Velter, Esquire

Dated: November 3, 2023

POWERS KIRN, LLC
Jill Manuel-Coughlin, Esquire ; ID 63252
Harry B. Reese, Esquire; ID 310501
Karina Velter, Esquire; ID 94781
8 Neshaminy Interplex, Suite 215
Trevose, PA  19053
215-942-2090 phone; 215-942-8661 fax
Email:  bankruptcy@powerskirn.com
Attorney for Movant