UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: | Chapter 13
--- | ---
WILLIAM  STEVEN STANAITIS | 
PENNY  MIFFLIN STANAITIS | Bankruptcy No. 23-12187-PMM
Debtors | 

### CERTIFICATE OF SERVICE

I, Kenneth E. West, Esq., do hereby certify that true and correct copies of the foregoing *Trustee's Motion to Dismiss Pursuant to 11 U.S.C. Section 1307* and *Notice of  Motion, Response Deadline and Hearing Date Pursuant to Local Bankruptcy Rule 9014-3* have been served this 28th day of December, 2023 by first class mail upon those listed below:

WILLIAM  STEVEN STANAITIS
PENNY  MIFFLIN STANAITIS
349 MULBERRY DR
ROYERSFORD, PA  19468

**Electronically via ECF/System ONLY:**

MICHAEL A CIBIK, ESQ

Office of the United States Trustee
Robert N.C. Nix Federal Courthouse
900 Market Street, Suite 320
Philadelphia, PA  19107

*/s/ Kenneth E. West, Esq.*
Kenneth E. West, Esq.
Standing Chapter 13 Trustee