IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | Chapter 13 Proceeding |
|---|---|
| William Steven Stanaitis | |
| Penny Mifflin Stanaitis | 23-12187 PMM |
| Debtor(s) | |

**ORDER**

AND NOW, this _____ day of _____, 2024, upon consideration of Citizens Bank, N.A. s/b/m to Citizens Bank of Pennsylvania's Motion for Relief from Stay, it is hereby ORDERED that the Automatic Stay be modified to permit, Citizens Bank, N.A. s/b/m to Citizens Bank of Pennsylvania and/or its successors and assigns to obtain all Relief available under the Non-Bankruptcy law and its loan documents with regard to the property located at 349 Mulberry Drive, Limerick, PA 19468.

Upon the order being granted and entered, Citizens Bank, N.A. s/b/m to Citizens Bank of Pennsylvania shall have the continuing authority to contact the Debtor(s) directly to determine intent regarding the property and/or to verify vacancy of the home.

It is further ORDERED that relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

It is further ORDERED that Bankruptcy Rule 4001 (a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the non-bankruptcy law.

It is further ORDERED that Federal Rule of Bankruptcy Procedure 3002.1 is no longer applicable to Citizens Bank, N.A. s/b/m to Citizens Bank of Pennsylvania and/or its successors and assigns.

BY THE COURT:

_____
United States Bankruptcy Judge
Patricia M. Mayer

Interested Parties:
Mary F. Kennedy, Esquire
Attorney for Citizens Bank, N.A. s/b/m to Citizens Bank of Pennsylvania

Michael A. Cibik, Esquire
Attorneys for Debtor(s)

Kenneth E. West, Esquire
Trustee