LAW OFFICE OF GREGORY JAVARDIAN, LLC
BY:    MARY F. KENNEDY, ESQUIRE
ID# 77149
1310 INDUSTRIAL BLVD.
1ST FLOOR, SUITE 101
SOUTHAMPTON, PA  18966
(215) 942-9690
Attorney for Citizens Bank, N.A. s/b/m to Citizens Bank of Pennsylvania

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    William Steven Stanaitis<br>    Penny Mifflin Stanaitis<br><br>        Debtor(s) | Chapter 13 Proceeding<br><br>23-12187 PMM |

**CERTIFICATION OF SERVICE**

MARY F. KENNEDY, counsel for Citizens Bank, N.A. s/b/m to Citizens Bank of Pennsylvania, hereby certifies that a copy of the foregoing Motion for Relief from the Automatic Stay and Notice of Hearing to Consider Motion was served upon the following persons by CM/ECF electronic filing for by regular first-class mail, postage prepaid, on this 9th day of January, 2024:

Michael A. Cibik, Esquire
mail@cibiklaw.com
Attorney for Debtor(s)
Via CM/ECF electronic filing

Kenneth E. West, Esquire
ecfemails@ph13trustee.com
Trustee
Via CM/ECF electronic filing

William Steven Stanaitis
Penny Mifflin Stanaitis
349 Mulberry Dr.
Royersford, PA 19468-1272
Debtor(s)
Via first-class mail

Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
Via first-class mail

LAW OFFICE OF GREGORY
JAVARDIAN, LLC

By: /s/ Mary F. Kennedy, Esquire