IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>William Steven Stanaitis<br>Penny Mifflin Stanaitis<br>          Debtor(s) | Chapter 13 Proceeding<br><br>No.: 23-12187 PMM |

## <u>CERTIFICATE OF SERVICE</u>

I, Mary F. Kennedy, Esquire, certify that I served a copy of the attached Praecipe to Withdraw the

Objection to Confirmation of the Debtor's Plan to the parties on the below matrix, on the 26th day of January,

2024.

Michael A. Cibik, Esquire
mail@cibiklaw.com
Attorney for Debtor(s)
Via CM/ECF electronic filing

Kenneth E. West, Esquire
ecfemails@ph13trustee.com
Trustee
Via CM/ECF electronic filing


William Steven Stanaitis
Penny Mifflin Stanaitis
349 Mulberry Dr.
Royersford, PA 19468-1272
Debtor(s)
Via First Class U.S. Mail


/s/ MARY F. KENNEDY, ESQUIRE
I.D. #77149
1310 Industrial Blvd.
1st Floor, Suite 101
Southampton, PA 18966
(215) 942-9690
mary@javardianlaw.com
Attorney for Movant,
Citizens Bank, N.A. s/b/m to Citizens Bank of
Pennsylvania