IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>William Steven Stanaitis<br>Penny Mifflin Stanaitis<br>          Debtor(s)<br><br>Citizens Bank, N.A. s/b/m to Citizens Bank of Pennsylvania<br>          Objectant(s)<br><br>v.<br><br>William Steven Stanaitis<br>Penny Mifflin Stanaitis<br>          Respondent(s) | Chapter 13 Proceeding<br><br>No. 23-12187 PMM |

CERTIFICATE OF SERVICE

      I, Mary F. Kennedy, Esquire, certify that I served a copy of the attached Objection to the Plan on the parties listed below, on the 29th day of January, 2024.

Michael A. Cibik, Esquire
mail@cibiklaw.com
Attorney for Debtors
(Via CM/ECF electronic filing)

Kenneth E. West, Esquire
ecfemails@ph13trustee.com
Interim Trustee
Via CM/ECF electronic filing

William Steven Stanaitis
Penny Mifflin Stanaitis
349 Mulberry Dr.
Royersford, PA 19468-1272
Debtor(s)
(Via first class U.S. mail)

                                 /s/ Mary F. Kennedy
                                 Attorney I.D. No. 77149
                                 1310 Industrial Blvd.
                                 1st Floor, Suite 101
                                 Southampton, PA  18966
                                 215-942-9690 phone
                                 215-942-9695 fax
                                 Attorney for Citizens Bank, N.A. s/b/m to
                                 Citizens Bank of Pennsylvania