United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 23-12187-pmm

William Steven Stanaitis  Chapter 13

Penny Mifflin Stanaitis

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 2
Date Rcvd: Feb 14, 2024 | Form ID: pdf900 | Total Noticed: 4

The following symbols are used throughout this certificate:

**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | William Steven Stanaitis, Penny Mifflin Stanaitis, 349 Mulberry Dr, Royersford, PA 19468-1272 |
| cr | + | WELLS FARGO BANK, N.A., c/o POWERS KIRN, LLC, 8 Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 15 2024 00:31:00 | ACAR Leasing Ltd. d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096, US 76096-3853 |
| cr | ^ | MEBN | Feb 15 2024 00:20:31 | Citizens Bank, N.A. s/b/m to Citizens Bank of Penn, 10561 Telegraph Road, Glen Allen, VA 23059-4577 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2024      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2024 at the address(es) listed below:

**Name**      **Email Address**

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 14, 2024 | Form ID: pdf900 | Total Noticed: 4 |

JILL MANUEL-COUGHLIN
    on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

KARINA VELTER
    on behalf of Creditor WELLS FARGO BANK  N.A. karina.velter@powerskirn.com, bankruptcy@powerskirn.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

MARY F. KENNEDY
    on behalf of Creditor Citizens Bank  N.A. s/b/m to Citizens Bank of Pennsylvania mary@javardianlaw.com,
    tami@javardianlaw.com;angie.harrigan@javardianlaw.com

MICHAEL A. CIBIK
    on behalf of Debtor William Steven Stanaitis help@cibiklaw.com
    noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL A. CIBIK
    on behalf of Joint Debtor Penny Mifflin Stanaitis help@cibiklaw.com
    noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  William Steven Stanaitis and          :     Chapter 13
        Penny Mifflin Stanaitis,              :
                Debtors                       :
                                              :     Case No.  23-12187-pmm
                                              :
                                              :

ORDER SETTING DEADLINE FOR FILING OF STIPULATION

AND NOW, upon consideration of the Motion for Relief from Stay (doc. #37, the "Motion"), seeking relief pursuant to 11 U.S.C. §362 and the Response filed thereto (doc. #39);

AND, the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby ORDERED that:

1. On or before March 15, 2024, the parties shall either file the Stipulation or file a notice relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without further notice or hearing.

02/14/2024                                    *Patricia M. Mayer*
                                              PATRICIA M. MAYER
                                              U.S. BANKRUPTCY JUDGE