IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>William Steven Stanaitis<br>Penny Mifflin Stanaitis<br><div align="right">Debtor(s)</div> | Chapter 13 Proceeding<br><br>23-12187 PMM |
| WELLS FARGO BANK, N.A.<br><div align="right">Movant</div><br>v.<br>William Steven Stanaitis<br>Penny Mifflin Stanaitis<br>and<br>Kenneth E. West, Esquire<br><div align="right">Respondents</div> | |

## ORDER APPROVING STIPULATION

AND NOW, this **20th** day of **February**, 202**4**, the Stipulation Resolving WELLS FARGO BANK, N.A.'s Motion for Relief from the Automatic Stay is hereby approved by the Court.

*Patricia M. Mayer*

United State Bankruptcy Judge
Patricia M. Mayer