IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | Chapter 13 Proceeding |
|---|---|
| William Steven Stanaitis<br>Penny Mifflin Stanaitis | 23-12187 PMM |
| Debtor(s) | |

ORDER

AND NOW, this _____ day of _____, 2024, upon consideration of the Stipulation filed on March 8, 2024 resolving Citizens Bank, N.A. s/b/m to Citizens Bank of Pennsylvania's Motion for Relief from Stay, it is hereby ORDERED that the said Stipulation is APPROVED.

BY THE COURT:

_____
United States Bankruptcy Judge
Patricia M. Mayer

Interested Parties:
Mary F. Kennedy, Esquire
Attorney for Citizens Bank, N.A. s/b/m to Citizens Bank of Pennsylvania

Michael A. Cibik, Esquire
Attorneys for Debtor(s)

Kenneth E. West, Esquire
Trustee