IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Chapter 13 Proceeding |
| William Steven Stanaitis<br>Penny Mifflin Stanaitis | 23-12187 PMM |
| Debtor(s) | |

ORDER

AND NOW, this 13th day of March, 2024, upon consideration of the Stipulation filed on March 8, 2024 resolving Citizens Bank, N.A. s/b/m to Citizens Bank of Pennsylvania's Motion for Relief from Stay, it is hereby ORDERED that the said Stipulation is APPROVED.

BY THE COURT:

*Patricia M. Mayer*

**Date: March 13, 2024**

United States Bankruptcy Judge
Patricia M. Mayer