IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>William Steven Stanaitis<br>Penny Mifflin Stanaitis<br>　　　　Debtor(s)<br><br>Citizens Bank, N.A. s/b/m to Citizens Bank of Pennsylvania<br>　　　　Objectant(s)<br><br>v.<br><br>William Steven Stanaitis<br>Penny Mifflin Stanaitis<br>　　　　Respondent(s) | Chapter 13 Proceeding<br><br>No. 23-12187 PMM |

ORDER DENYING CONFIRMATION

Upon consideration of Citizens Bank, N.A. s/b/m to Citizens Bank of Pennsylvania's Amended Objection to the Proposed Plan and having heard the argument of counsel and for good cause having been shown;

It is on this _____ day of _____, 2024 ORDERED that the Confirmation is DENIED.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　United States Bankruptcy Judge
　　　　　　　　　　　　　　　　Patricia M. Mayer

{00885161}