# EXHIBIT A

| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | William Steven Stanaitis |
| Debtor 2 (Spouse, if filing) | Penny Mifflin Stanaitis |
| United States Bankruptcy Court for the: | Eastern District of Pennsylvania |
| Case number | 23-12187 PMM |

## Official Form 410
# Proof of Claim
04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1: Identify the Claim

**1. Who is the current creditor?**
Citizens Bank, N.A. s/b/m to Citizens Bank of Pennsylvania
Name of the current creditor (the person or entity to be paid for this claim)
Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
Citizens Bank, N.A.
10561 Telegraph Road
Glen Allen, VA 23059
Contact phone 800-234-6002
Contact email mary@javardianlaw.com

Where should payments to the creditor be sent? (if different)
Citizens Bank, N.A.
PO Box 2800
Glen Allen, VA 23059
Contact phone 800-234-6002
Contact email mary@javardianlaw.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
__ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

**4. Does this claim amend one already filed?**
☐ No
☒ Yes. Claim number on court claims registry (if known) 7
Filed on 01/22/2024

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                           Proof of Claim                           page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

| 6. | Do you have any number you use to identify the debtor? | ☐ No<br>☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __0__ __3__ __0__ __7__ |
|---|---|---|
| 7. | How much is the claim? | $ _____70,046.43__. **Does this amount include interest or other charges?**<br>☐ No<br>☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. | What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information.<br>_____ |
| 9. | Is all or part of the claim secured? | ☐ No<br>☒ Yes.   The claim is secured by a lien on property.<br>**Nature of property:**  349 Mulberry Drive, Limerick, PA 19468<br>☒ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>☐ Motor vehicle<br>☐ Other. Describe:   mortgage<br><br>**Basis for perfection:**  _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property**:                  $_____<br>**Amount of the claim that is secured:**   $____70,046.43<br>**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:**   $_____31,348.16<br><br>**Annual Interest Rate** (when case was filed) _10.87_ %<br>☐ Fixed<br>☒ Variable |
| 10. | Is this claim based on a lease? | ☒ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.**   $_____ |
| 11. | Is this claim subject to a right of setoff? | ☒ No<br>☐ Yes. Identify the property: _____ |

Official Form 410         **Proof of Claim**         page 2

| | |
|---|---|
| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☒ No ☐ Yes. *Check one:*  **Amount entitled to priority** |

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).   $_____

☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).   $_____

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).   $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).   $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).   $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.   $_____

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.
☒ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   03/18/2024
                  MM / DD / YYYY

/s/ Mary F. Kennedy
_____
Signature

**Print the name of the person who is completing and signing this claim:**

| | |
|---|---|
| Name | Mary F. Kennedy |
| | First name    Middle name    Last name |
| Title | attorney for Citizens Bank, N.A. s/b/m to Citizens Bank of Pennsylvania |
| Company | Law Office of Gregory Javardian, LLC |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | 1310 Industrial Blvd., Ste 101 |
| | Number    Street |
| | Southampton    PA    18966 |
| | City    State    ZIP Code |
| Contact phone | 215-942-9690    Email mary@javardianlaw.com |

# Mortgage Proof of Claim Attachment (12/15)

If you file a claim secured by a security interest in the debtor's principal residence, you must use this form as an attachment to your proof of claim. See separate instructions.

| Part 1: Mortgage and Case Information | | Part 2: Total Debt Calculation | | Part 3: Arrearage as of Date of the Petition | | Part 4: Monthly Mortgage Payment | |
|---|---|---|---|---|---|---|---|
| Case number: | 23-12187 PMM | Principal balance: | $48,818.08 | Principal & interest due: | $22,493.28 | Principal & interest: | $736.44 |
| Debtor 1: | William Steven Stanaitis | Interest due: | $12,373.47 | Prepetition fees due: | $8,854.88 | Monthly escrow: | |
| Debtor 2: | Penny Mifflin Stanaitis | Fees, costs due: | $8,854.88 | Escrow deficiency for funds advanced: | | Private mortgage insurance: | |
| Last 4 digits to identify: | 0307 | Escrow deficiency for funds advanced: | | Projected escrow shortage: | | Total monthly payment: | $736.44 |
| Creditor: | Citizens Bank, N.A. | Less total funds on hand: – | | Less funds on hand: | – | | |
| Servicer: | Citizens Bank, N.A. | Total debt: | $70,046.43 | Total prepetition arrearage: | $31,348.16 | | |
| Fixed accrual/daily simple interest/other: | daily simple | | | | | | |

## Part 5 : Loan Payment History from First Date of Default

| A. Date | B. Contractual payment amount | C. Funds received | D. Amount incurred | E. Description | F. Contractual due date | G. Prin, int & esc past due balance | H. Amount to principal | I. Amount to interest | J. Amount to escrow | K. Amount to fees or charges | L. Unapplied funds | M. Principal balance | N. Accrued interest balance | O. Escrow balance | P. Fees / Charges balance | Q. Unapplied funds balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Account Activity | | | | | How Funds Were Applied/Amount Incurred | | | | | Balance After Amount Received or Incurred | | | | |
| 8/28/19 | 336.67 | | | Payment due | | 336.67 | | | | | | 48,818.08 | | | | |
| 9/28/19 | 336.67 | | | Payment due | | 673.34 | | | | | | 48,818.08 | | | | |
| 10/28/19 | 315.78 | | | Payment due | | 989.12 | | | | | | 48,818.08 | | | | |
| 11/2/19 | | 315.78 | | Funds received | 8/28/2019 | 652.45 | | 315.78 | | | | 48,818.08 | | | | |
| 11/13/19 | | | 15.79 | Late charge | | | | | | -15.79 | | | | | 15.79 | |
| 11/28/19 | 315.94 | | | Payment due | | 968.39 | | | | | | 48,818.08 | | | | |
| 12/14/19 | | 332.40 | | Funds received | 9/28/2019 | 631.72 | | 332.40 | | | | 48,818.08 | | | | |
| 12/14/19 | | | 15.80 | Late charge | | | | | | -15.80 | | | | | 31.59 | |
| 12/21/19 | | 316.00 | | Funds received | 10/28/2019 | 315.94 | | 316.00 | | | | 48,818.08 | | | | |
| 12/28/19 | 216.39 | | | Payment due | | 532.33 | | | | | | 48,818.08 | | | | |
| 1/13/20 | | | 14.79 | Late charge | | | | | | -14.79 | | | | | 46.38 | |
| 1/28/20 | 59.82 | | | Payment due | | 592.15 | | | | | | 48,818.08 | | | | |
| 2/13/20 | | | 15.28 | Late charge | | | | | | -15.28 | | | | | 61.66 | |
| 2/28/20 | 304.74 | | | Payment due | | 896.89 | | | | | | 48,818.08 | | | | |
| 3/15/20 | | | 15.24 | Late charge | | | | | | -15.24 | | | | | 76.90 | |

Official Form 410A    **Mortgage Proof of Claim Attachment**    page **1** of __

{00883132}

**Mortgage Proof of Claim Attachment: Additional Page** (12/15)

Case number: _____

Debtor 1: _____

### Part 5 : Loan Payment History from First Date of Default

| A. Date | B. Contractual payment amount | C. Funds received | D. Amount incurred | E. Description | F. Contractual due date | G. Prin, int & esc past due balance | H. Amount to principal | I. Amount to interest | J. Amount to escrow | K. Amount to fees or charges | L. Unapplied funds | M. Principal balance | N. Accrued interest balance | O. Escrow balance | P. Fees / Charges balance | Q. Unapplied funds balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/28/20 | 285.07 | | | Payment due | | 1,181.96 | | | | | | 48,818.08 | | | | |
| 4/13/20 | | | 14.25 | Late charge | | | | | | -14.25 | | | | | 91.15 | |
| 4/28/20 | 304.74 | | | Payment due | | 1,486.70 | | | | | | 48,818.08 | | | | |
| 5/14/20 | | | 15.24 | Late charge | | | | | | -15.24 | | | | | 106.39 | |
| 5/26/20 | | 315.94 | | Funds received | 11/28/2019 | 1,170.76 | | | | | | | | | | |
| 5/28/20 | 234.89 | | | Payment due | | 1,405.65 | | | | | | 48,818.08 | | | | |
| 6/13/20 | | | 11.74 | Late charge | | | | | | -11.74 | | | | | 118.13 | |
| 6/25/20 | | 100.00 | | Funds received | | | | 100.00 | | | | 48,818.08 | | | | |
| 6/28/20 | 242.72 | | | Payment due | | 1,648.37 | | | | | | 48,818.08 | | | | |
| 7/14/20 | | | 12.14 | Late charge | | | | | | -12.14 | | | | | 130.27 | |
| 7/28/20 | 234.88 | | | Payment due | | 1,883.25 | | | | | | 48,818.08 | | | | |
| 8/28/20 | 242.72 | | | Payment due | | 2,125.97 | | | | | | 48,818.08 | | | | |
| 9/3/20 | | | 15.00 | Property inspection | | | | | | -15.00 | | | | | 145.27 | |
| 9/28/20 | 242.72 | | | Payment due | | 2,368.69 | | | | | | 48,818.08 | | | | |
| 10/5/20 | | | 15.00 | Property inspection | | | | | | -15.00 | | | | | 160.27 | |
| 10/28/20 | 242.72 | | | Payment due | | 2,611.41 | | | | | | 48,818.08 | | | | |
| 11/9/20 | | | 15.00 | Property inspection | | | | | | -15.00 | | | | | 175.27 | |
| 11/12/20 | | | 12.14 | Late charge | | | | | | -12.14 | | | | | 187.41 | |
| 11/28/20 | 258.38 | | | Payment due | | 2,869.79 | | | | | | 48,818.08 | | | | |
| 12/4/20 | | | 15.00 | Property inspection | | | | | | -15.00 | | | | | 202.41 | |
| 12/14/20 | | | 12.92 | Late charge | | | | | | -12.92 | | | | | 215.33 | |
| 12/28/20 | 234.89 | | | Payment due | | 3,104.68 | | | | | | 48,818.08 | | | | |
| 1/4/21 | | | 15.00 | Property inspection | | | | | | -15.00 | | | | | 230.33 | |
| 1/12/21 | | | 11.74 | Late charge | | | | | | -11.74 | | | | | 242.07 | |
| 1/28/21 | 243.38 | | | Payment due | | 3,348.06 | | | | | | 48,818.08 | | | | |

Official Form 410A   **Mortgage Proof of Claim Attachment**   page ___ of ___

{00883152}

| Date | Contractual payment amount | Contractual due date | Amount incurred | Description | Date of payment | Principal | Interest | Escrow | Fees / Charges | Unapplied funds | Principal balance | Accrued interest balance | Escrow balance | Fees / Charges balance | Unapplied funds balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/2/21 | | | 15.00 | Property inspection | | | | | -15.00 | | | | | 257.07 | |
| 2/12/21 | | | 12.17 | Late charge | | | | | -12.17 | | | | | 269.24 | |
| 2/28/21 | 243.38 | | | Payment due | | | | 3,591.44 | | | | | 48,818.08 | | |
| 3/2/21 | | | 15.00 | Property inspection | | | | | -15.00 | | | | | 284.24 | |
| 3/15/21 | | | 12.17 | Late charge | | | | | -12.17 | | | | | 296.41 | |
| 3/28/21 | 219.83 | | | Payment due | | | | 3,811.27 | | | | | 48,818.08 | | |
| 4/5/21 | | | 15.00 | Late charge | | | | | -15.00 | | | | | 311.41 | |
| 4/12/21 | | | 10.99 | Late charge | | | | | -10.99 | | | | | 322.40 | |
| 4/28/21 | 227.68 | | | Payment due | | | | 4,038.95 | | | | | 48,818.08 | | |
| 5/6/21 | | | 15.00 | Property inspection | | | | | -15.00 | | | | | 337.40 | |
| 5/13/21 | | | 11.38 | Late charge | | | | | -11.38 | | | | | 348.78 | |
| 5/28/21 | 251.23 | | | Payment due | | | | 4,290.18 | | | | | 48,818.08 | | |
| 6/7/21 | | | 15.00 | Property inspection | | | | | -15.00 | | | | | 363.78 | |
| 6/14/21 | | | 12.56 | Late charge | | | | | -12.56 | | | | | 376.34 | |
| 6/15/21 | | 232.18 | | Funds received | 12/28/2019 | 4,073.79 | | 216.39 | 15.79 | | | | 48,818.08 | 360.55 | |
| 6/28/21 | 243.38 | | | Payment due | | | | 4,317.17 | | | | | 48,818.08 | | |
| 7/28/21 | 491.03 | | | Payment due | | | | 4,808.20 | | | | | 48,818.08 | | |
| 8/28/21 | 530.30 | | | Payment due | | | | 5,338.50 | | | | | 48,818.08 | | |
| 9/28/21 | 506.74 | | | Payment due | | | | 5,845.24 | | | | | 48,818.08 | | |
| 10/15/21 | | 250.00 | | Funds received | | | | 250.00 | | | | | 48,818.08 | | |
| 10/28/21 | 514.59 | | | Payment due | | | | 6,359.83 | | | | | 48,818.08 | | |
| 11/28/21 | 514.59 | | | Payment due | | | | 6,874.42 | | | | | 48,818.08 | | |
| 12/28/21 | 498.89 | | | Payment due | | | | 7,373.31 | | | | | 48,818.08 | | |
| 1/28/22 | 522.44 | | | Payment due | | | | 7,895.75 | | | | | 48,818.08 | | |
| 2/28/22 | 514.59 | | | Payment due | | | | 8,410.34 | | | | | 48,818.08 | | |
| 3/28/22 | 491.04 | | | Payment due | | | | 8,901.38 | | | | | 48,818.08 | | |
| 4/28/22 | 514.59 | | | Payment due | | | | 9,415.97 | | | | | 48,818.08 | | |
| 5/28/22 | 516.77 | | | Payment due | | | | 9,932.74 | | | | | 48,818.08 | | |
| 6/28/22 | 516.77 | | | Payment due | | | | 10,449.51 | | | | | 48,818.08 | | |
| 7/28/22 | 519.13 | | | Payment due | | | | 10,968.64 | | | | | 48,818.08 | | |
| 8/28/22 | 606.36 | | | Payment due | | | | 11,575.00 | | | | | 48,818.08 | | |
| 9/28/22 | 586.16 | | | Payment due | | | | 12,161.16 | | | | | 48,818.08 | | |
| 9/30/22 | | | 20.00 | Property inspection | | | | | -20.00 | | | | | 380.55 | |
| 10/28/22 | 618.74 | | | Payment due | | | | 12,779.90 | | | | | 48,818.08 | | |
| 11/2/22 | | | 20.00 | Property inspection | | | | | -20.00 | | | | | 400.55 | |

| Date | Contractual payment amount | Amount incurred | Description | Contractual due date | Amount | | | Funds received | Amount to principal | Amount to interest | Amount to escrow | Amount to fees or charges | Unapplied funds balance | Principal balance | Accrued interest balance | Escrow balance | Fees / Charges balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/28/22 | 638.98 | | Payment due | | 13,418.88 | | | | | | | | | | | 48,818.08 | |
| 12/8/22 | | 20.00 | Property inspection | | | | | | | | | -20.00 | | | | | 420.55 |
| 12/23/22 | | 95.00 | Title search | | | | | | | | | -95.00 | | | | | 515.55 |
| 12/28/22 | 603.39 | | Payment due | | 14,022.27 | | | | | | | | | | | 48,818.08 | |
| 1/10/23 | | 20.00 | Property inspection | | | | | | | | | -20.00 | | | | | 535.55 |
| 1/28/23 | 695.81 | | Payment due | | 14,718.08 | | | | | | | | | | | 48,818.08 | |
| 2/6/23 | | 20.00 | Property inspection | | | | | | | | | -20.00 | | | | | 555.55 |
| 2/28/23 | 677.27 | | Payment due | | 15,395.35 | | | | | | | | | | | 48,818.08 | |
| 3/3/23 | | 2070.00 | Foreclosure attorney fee | | | | | | | | | -2070.00 | | | | | 2,625.55 |
| 3/3/23 | | 298.70 | Filing fee – Complaint | | | | | | | | | -298.70 | | | | | 2,924.25 |
| 3/3/23 | | 124.00 | Service – Complaint | | | | | | | | | -124.00 | | | | | 3,048.25 |
| 3/8/23 | | 20.00 | Property inspection | | | | | | | | | -20.00 | | | | | 3,068.25 |
| 3/15/23 | | 20.00 | Late charges | | | | | | | | | -20.00 | | | | | 3,088.25 |
| 3/27/23 | | 3500.00 | Sheriff's sale deposit | | | | | | | | | -3500.00 | | | | | 6,588.25 |
| 3/28/23 | 650.20 | | Payment due | | 16,045.55 | | | | | | | | | | | 48,818.08 | |
| 4/5/23 | | 30.00 | Property inspection | | | | | | | | | -30.00 | | | | | 6,618.25 |
| 4/12/23 | | 20.00 | Late charge | | | | | | | | | -20.00 | | | | | 6,638.25 |
| 4/28/23 | 715.04 | | Payment due | | 16,760.59 | | | | | | | | | | | 48,818.08 | |
| 5/9/23 | | 30.00 | Property inspection | | | | | | | | | -30.00 | | | | | 6,668.25 |
| 5/15/23 | | 20.00 | Late charge | | | | | | | | | -20.00 | | | | | 6,688.25 |
| 5/28/23 | 697.33 | | Payment due | | 17,457.92 | | | | | | | | | | | 48,818.08 | |
| 6/5/23 | | 30.00 | Property inspection | | | | | | | | | -30.00 | | | | | 6,718.25 |
| 6/12//23 | | 20.00 | Late charge | | | | | | | | | -20.00 | | | | | 6,738.25 |
| 6/13/23 | | 50.00 | Title search | | | | | | | | | -50.00 | | | | | 6,788.25 |
| 6/28/23 | 683.13 | | Payment due | | 18,141.05 | | | | | | | | | | | 48,818.08 | |
| 7/5/23 | | 30.00 | Property inspection | | | | | | | | | -30.00 | | | | | 6,818.25 |
| 7/13/23 | | 455.00 | Appraisal | | | | | | | | | -455.00 | | | | | 7,273.25 |
| 7/13/23 | | 20.00 | Late charge | | | | | | | | | -20.00 | | | | | 7,293.25 |
| 7/24/23 | | 1035.00 | Foreclosure attorney fee | | | | | | | | | -1035.00 | | | | | 8,328.25 |
| 7/24/23 | | 49.75 | Filing costs – judgment/writ | | | | | | | | | -49.75 | | | | | 8,378.00 |
| 7/24/23 | | 28.68 | Lien holder notices | | | | | | | | | -28.68 | | | | | 8,406.68 |
| 7/24/23 | | 150.00 | Tax Certification | | | | | | | | | -150.00 | | | | | 8,556.68 |
| 7/28/23 | 721.90 | | Payment due | | 18,862.95 | | | | | | | | | | | 48,818.08 | |
| 12/27/23 | | -950.80 | Sheriff's sale refund | | | | | | | | | 950.80 | | | | | 7,605.88 |
| 3/13/24 | | 4879.33 | Post-petition arrears per Stipulation | | 22,493.28 | | | | | | | | -1249.00 | | | | 48,818.08 | 8,854.88 |