IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: WILLIAM STEVEN STANAITIS ) | |
| PENNY MIFFLIN STANAITIS ) | CHAPTER 13 |
| **Debtor(s)** ) | |
| ) | CASE NO. 23-12187-PMM |
| ACAR LEASING LTD dba GM FINANCIAL ) | |
| LEASING ) | 11 U.S.C. 362 |
| **Moving Party** ) | |
| ) | HEARING DATE: **4-24-24 at 1:00 PM** |
| v. ) | |
| ) | |
| WILLIAM STEVEN STANAITIS ) | |
| PENNY MIFFLIN STANAITIS ) | |
| **Respondent(s)** ) | |
| ) | |
| KENNETH E. WEST ) | |
| **Trustee** | |

### ORDER VACATING THE AUTOMATIC STAY
### AS TO PERSONAL PROPERTY

Upon the motion of ACAR Leasing LTD dba GM Financial Leasing, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is modified pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2021 Chevrolet Equinox** bearing vehicle identification number 2GNAXUEV5M6156504 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date:

_____
UNITED STATES BANKRUPTCY JUDGE