IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:  )
 ) 23-12187 (PMM)
WILLIAM STEVEN STANAITIS )
PENNY MIFFLIN STANAITIS )
**Debtor(s)** ) Chapter 13
 )
 )

## CERTIFICATE OF SERVICE

WILLIAM E. CRAIG, attorney for ACAR Leasing LTD dba GM Financial Leasing hereby certifies as follows:

1. I am the attorney for GM Financial and am fully familiar with the facts of this case.

2. On March 28, 2024, I served by electronic means and/or by regular mail, a copy of the Notice of Motion, Motion for Stay Relief, and proposed Order to the following individuals:

Debtors
William and Penny Stanaitis
349 Mulberry Dr.
Royersford, PA 19468

Debtors' Attorney
Michael A. Cibik
Cibik Law P.C.
1500 Walnut St, Ste 900
Philadelphia, PA 19102

Office of the US Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

Trustee
Kenneth E. West
Chapter 13 Trustee
1234 Market St – Ste 1813
Philadelphia, PA 19107

Date: 3/28/24

/s/ William E. Craig
William E. Craig
Eisenberg Gold & Agrawal, P.C.
1040 Kings Highway North #200
Cherry Hill, NJ 08034
(856) 330-6200
Bar I.D. 92329 - Pennsylvania