IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: WILLIAM STEVEN STANAITIS<br>PENNY MIFFLIN STANAITIS<br>**Debtor(s)** | )<br>) CHAPTER 13<br>)<br>) CASE NO. 23-12187-PMM |
| ACAR LEASING LTD<br>dba GM FINANCIAL LEASING<br>**Moving Party** | )<br>) 11 U.S.C. 362<br>)<br>) HEARING DATE: **4-24-24 at 1:00 PM** |
| v. | ) |
| WILLIAM STEVEN STANAITIS<br>PENNY MIFFLIN STANAITIS<br>**Respondent(s)** | )<br>)<br>) |
| KENNETH E. WEST<br>**Trustee** | ) |

## CERTIFICATION OF NO RESPONSE

I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Motion, and proposed Order on March 28, 2024 as shown in the Certification of Service filed in this matter, that more than 15 days have passed and that I have received no objection as of this date either oral or written to the Motion.

I respectfully request that the Court grant ACAR Leasing's Motion For Relief From The Automatic Stay, enter the attached Order, and cancel the hearing scheduled for April 24, 2024.

Date: 4/23/24

/s/ William E. Craig
William E. Craig
Eisenberg Gold & Agrawal, P.C.
1040 Kings Highway North #200
Cherry Hill, NJ 08034
(856) 330-6200
Bar I.D. 92329
Attorney for ACAR Leasing Ltd.
d/b/a GM Financial Leasing