# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>William Steven Stanaitis,<br>Penny Mifflin Stanaitis,<br><br>Debtors. | Case No. 23-12187<br><br>Chapter 13<br><br>Objection to ECF No. 62 |

### Debtors' Objection to Motion for Relief from the Automatic Stay

Debtors William Steven Stanaitis and Penny Mifflin Stanaitis, by their attorney, hereby object to the Motion for Relief from the Automatic Stay filed by Movant ACAR Leasing Ltd. d/b/a GM Financial Leasing. The Court must deny the Motion for the following reasons:

1. The purported arrearage is inconsequential.
2. The Debtors can satisfy the purported arrearage by making curative payments directly to the Movant in a timely manner.

As a result, no grounds for relief exist and the Court must grant relief in the form of order attached, and further in the Debtors' favor if necessary and proper under the law.

Date: April 23, 2024

CIBIK LAW, P.C.
*Attorney for Debtors*

By: _____
Michael I. Assad (#330937)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com

### Certificate of Service

I certify that on this date I caused this document to be served on all parties on the Clerk's Service List by electronic means through the CM/ECF system.

Date: April 23, 2024

_____
Michael I. Assad

# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-12187 |
| William Steven Stanaitis, Penny Mifflin Stanaitis, | Chapter 13 |
| | Related to ECF No. 62 |
| Debtors. | |

### Order Denying Motion for Relief from the Automatic Stay

The Court having considered the Motion for Relief from the Automatic Stay (ECF No. 62) filed by ACAR Leasing Ltd. d/b/a GM Financial Leasing, and after notice and opportunity for hearing, it is hereby **ORDERED** that:

1. The motion is **DENIED**.

Date:

Patricia M. Mayer
U.S. Bankruptcy Judge