**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | **Chapter 13** |
| **William and Penny Stanaitis,** | : | |
| Debtors. | : | **Case No. 23-12187 (PMM)** |

## ORDER VACTING RELIEF ORDER AND RESCHEDULING HEARING

**AND NOW**, an Order having been entered on April 23, 2024 granting stay relief to ACAR Leasing Ltd. (doc. #70, the "Relief Order");

AND the Relief Order having been entered inadvertently;

It is hereby **ordered** that:

1)      The Relief Order is **vacated**; and

2)      A hearing with regard to ACAR Leasing's Motion for Relief (doc. #62) and the response thereto (doc. #68) will be held **Wednesday, May 8, 2024 at 1:00 p.m. in Bankruptcy Courtroom No. 1, U.S. Courthouse, 900 Market Street, 2d Floor, Philadelphia, PA 19107.**

Dated: 4/24/24

_Patricia M. Mayer_

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge