United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 23-12187-pmm
William Steven Stanaitis     Chapter 13
Penny Mifflin Stanaitis
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 4
Date Rcvd: May 08, 2024     Form ID: pdf900     Total Noticed: 50

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | William Steven Stanaitis, Penny Mifflin Stanaitis, 349 Mulberry Dr, Royersford, PA 19468-1272 |
| cr | + | Hyundai Capital America dba Hyundai Motor Finance, 2860 Patton rd, Roseville, MN 55113-1100 |
| cr | + | WELLS FARGO BANK, N.A., c/o POWERS KIRN, LLC, 8 Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |
| 14867120 | + | ACAR Leasing Ltd, C/O William E. Craig, Esquire, Eisenberg Gold & Agrawal, P.C., 1040 Kings Hwy N #200, Cherry Hill, NJ 08034-1925 |
| 14805672 | + | Aqua, 762 W Lancaster Ave,, Bryn Mawr, PA 19010-3489 |
| 14803689 | ++ | CCO MORTGAGE CORP, 10561 TELEGRAPH RD, GLEN ALLEN VA 23059-4577 address filed with court:, CCO Mortgage Corp., Attn: Bankruptcy, 10561 Telegraph Rd, Glen Allen, VA 23059 |
| 14803865 | | Citizens Bank, N.A., s/b/m to Citizens Bank of Pennsylvania, c/o Mary F. Kennedy, Esq., 1110 Industrial Blvd. 1st Flr, Suite 101, Southampton, PA 18966 |
| 14874214 | + | Hyundai Capital America dba Kia Motor Finance, c/o William E. Craig, Esquire, Eisenberg Gold & Agrawal, P.C., 1040 Kings Hwy N #200, Cherry Hill, NJ 08034-1925 |
| 14803700 | + | Limerick Township, 646 W Ridge Pike, Royersford, PA 19468-1497 |
| 14803701 | | Montgomery County Tax Claim Bureau, PO Box 190, Norristown, PA 19404-0190 |
| 14803705 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14803706 | | Spring-Ford Area School District, 857 S Lewis Rd, Royersford, PA 19468-2711 |
| 14802537 | + | WELLS FARGO BANK, N.A., c/o Jill Manuel-Coughlin, Esq., POWERS KIRN, LLC, 8 Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 08 2024 23:54:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 08 2024 23:54:00 | ACAR Leasing Ltd. d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096, US 76096-3853 |
| cr | ^ | MEBN | May 08 2024 23:45:01 | Citizens Bank, N.A. s/b/m to Citizens Bank of Penn, 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 14803540 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 08 2024 23:54:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 14812081 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 08 2024 23:54:00 | ACAR Leasing Ltd. d/b/a GM Financial, P O Box 183853, Arlington, TX 76096-3853 |
| 14803687 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 08 2024 23:54:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, PO Box 183853, Arlington, TX 76096-3853 |
| 14803691 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 08 2024 23:54:00 | Citizens Bank NA, Attn: Bankruptcy, 1 Citizens Plaza, Providence, RI 02903 |
| 14803688 | + | Email/Text: caineweiner@ebn.phinsolutions.com | | |

Case 23-12187-pmm    Doc 85    Filed 05/10/24    Entered 05/12/24 00:31:00    Desc Imaged
                           Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 08, 2024 | Form ID: pdf900 | Total Noticed: 50 |

| Recipient ID | | Delivery Method | Date/Time | Party |
|---|---|---|---|---|
| 14803690 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 08 2024 23:54:38 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 14803291 | ^ | MEBN | May 08 2024 23:58:57 | Citibank/Citgo Oil, Centralized Bankruptcy, PO Box 790034, St. Louis, MO 63179-0034 |
| 14803692 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 08 2024 23:45:00 | Citizens Bank, N.A. s/b/m to Citizens Bank, of Pennsylvania, 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 14803693 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 08 2024 23:54:00 | Comenity Bank/Catherines, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14803694 | + | Email/PDF: creditonebknotifications@resurgent.com | May 08 2024 23:58:56 | ConocoPhillips/Citibank, Citicorp Credit Services/Centralized Bky, PO Box 790040, St. Louis, MO 63179-0040 |
| 14803695 | | Email/PDF: DellBKNotifications@resurgent.com | May 08 2024 23:58:48 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14803696 | + | Email/Text: bnc-bluestem@quantum3group.com | May 08 2024 23:58:48 | Dell Financial Services, Attn: Bankruptcy, P.O. Box 81577, Austin, TX 78708-1577 |
| 14807515 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | May 08 2024 23:54:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14803697 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | May 08 2024 23:54:00 | Hyundai Capital America DBA Hyundai Motor Finance, P.O. Box 20809, Fountain Valley, CA 92728-0809 |
| 14803698 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 08 2024 23:54:00 | Hyundai Motor Finance, Attn: Bankruptcy, PO Box 20829, Fountain Valley, CA 92728-0829 |
| 14806622 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | May 08 2024 23:54:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14806834 | ^ | MEBN | May 08 2024 23:54:00 | KeyBank NA, 4910 Tiedeman Rd., Brooklyn, OH 44144-2338 |
| 14803699 | | Email/Text: PBNCNotifications@peritusservices.com | May 08 2024 23:45:05 | KeyBank NA, PO Box 94968, Cleveland OH 44101-4968 |
| 14814458 | + | Email/Text: bankruptcydpt@mcmcg.com | May 08 2024 23:54:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14803702 | | Email/PDF: cbp@omf.com | May 08 2024 23:54:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14819816 | + | Email/Text: bankruptcygroup@peco-energy.com | May 08 2024 23:58:56 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14803703 | | Email/Text: fesbank@attorneygeneral.gov | May 08 2024 23:54:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14805673 | + | Email/Text: bankruptcygroup@peco-energy.com | May 08 2024 23:54:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 14805674 | | Email/Text: csc.bankruptcy@amwater.com | May 08 2024 23:54:00 | Peco Energy, 2301 Market St N 3-1, Philadelphia, PA 19103-1380 |
| 14803704 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 08 2024 23:54:00 | Pennsylvania American Water, Po Box 91623, Rantoul, IL 61866-8623 |
| 14803705 | ^ | MEBN | May 08 2024 23:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 14811772 | | Email/Text: bnc-quantum@quantum3group.com | May 08 2024 23:45:07 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14803707 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 08 2024 23:54:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| | | | May 08 2024 23:58:37 | Syncb/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 08, 2024 | Form ID: pdf900 | Total Noticed: 50 |

| Recip ID | Bypass | Notice Type / Address | Date/Time | Recipient |
|---|---|---|---|---|
| 14803708 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 08 2024 23:58:48 | Synchrony/Home Design, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14803709 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 08 2024 23:54:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14803710 | ^ | MEBN | May 08 2024 23:44:57 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14801533 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | May 08 2024 23:58:49 | U.S. Department of Housing and Urban Development, 100 Penn Square East, Philadelphia, PA 19107 |
| 14803711 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 08 2024 23:58:55 | Walmart Credit Services/Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14805884 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 08 2024 23:58:55 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 14803712 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 08 2024 23:58:50 | Wells Fargo Home Mortgage, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A, Des Moines, IA 50328-0001 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14803541 | *+ | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 14812190 | *+ | ACAR Leasing Ltd. d/b/a GM Financial, P O Box 183853, Arlington, TX 76096-3853 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2024         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARY F. KENNEDY | on behalf of Creditor Citizens Bank  N.A. s/b/m to Citizens Bank of Pennsylvania mary@javardianlaw.com, tami@javardianlaw.com;angie.harrigan@javardianlaw.com |

| | |
|---|---|
| MICHAEL A. CIBIK | on behalf of Debtor William Steven Stanaitis help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL A. CIBIK | on behalf of Joint Debtor Penny Mifflin Stanaitis help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor WELLS FARGO BANK N.A. mimcgowan@raslg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor ACAR Leasing Ltd. d/b/a GM Financial Leasing wcraig@egalawfirm.com  mortoncraigecf@gmail.com |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Hyundai Capital America dba Hyundai Motor Finance wcraig@egalawfirm.com mortoncraigecf@gmail.com |

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| **William Steven Stanaitis** | | |
| **Penny Mifflin Stanaitis** | : | Case No. 23-12187 (PMM) |
| Debtor(s) | : | |

## O R D E R

**AND NOW,** after notice and hearing, and, as discussed in open court at the hearing held in this matter on May 7, 2024,

It is hereby **ORDERED** that confirmation of Debtor's Chapter 13 Plan is **DENIED**.

Date: 5/7/2024

_____
**HON. PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**