**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| **In re:**<br><br>**William Steven Stanaitis**<br>**Penny Mifflin Stanaitis**<br>　　Debtor<br><br>**WELLS FARGO BANK, N.A.**<br>　　Movant<br><br>v.<br><br>**William Steven Stanaitis**<br>**Penny Mifflin Stanaitis**<br>　　Debtor/Respondent<br><br>**KENNETH E. WEST**<br>　　Trustee/Respondent | **Bankruptcy No. 23-12187-pmm**<br><br>**Chapter 13** |

## ORDER OF COURT

AND NOW, this __22nd__ day of __May_____, 20__24__ upon consideration of Wells Fargo Bank N.A.'s Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to Wells Fargo Bank N.A.; and it is further

ORDERED, that Wells Fargo Bank N.A., its successor and/or assigns are entitled to proceed with appropriate state court remedies against the property located at 349 Mulberry Drive, ROYERSFORD, PA 19468, including without limitation a sheriff's sale of the property.

BY THE COURT

Date: May 22, 2024

*Patricia M. Mayer*

HON. Patricia M. Mayer
U.S. Bankruptcy Court Judge