IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: WILLIAM STEVEN STANAITIS ) | |
| PENNY MIFFLIN STANAITIS ) | CHAPTER 13 |
| **Debtor(s)** ) | |
| ) | CASE NO. 23-12187-PMM |
| HYUNDAI CAPITAL AMERICA dba ) | |
| HYUNDAI MOTOR FINANCE ) | 11 U.S.C. 362 |
| **Moving Party** ) | |
| ) | 11 U.S.C. 1301 |
| v. ) | |
| ) | |
| WILLIAM STEVEN STANAITIS ) | HEARING DATE: **5-8-24 at 1:00 PM** |
| PENNY MIFFLIN STANAITIS ) | |
| HUNTER J STANAITIS ) | |
| **Respondent(s)** ) | |
| ) | |
| KENNETH E. WEST | |
| **Trustee** | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Hyundai Motor Finance and the Debtors in settlement of the Motion For Stay Relief And Co-Debtor Relief, and filed on or about June 6, 2024 in the above matter is APPROVED.

Dated: **June 7, 2024**

BY THE COURT:

_/s/ Patricia M. Mayer_
Hon. Patricia M. Mayer
UNITED STATES BANKRUPTCY JUDGE