IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: WILLIAM STEVEN STANAITIS  ) | |
| PENNY MIFFLIN STANAITIS  ) | CHAPTER 13 |
| **Debtor(s)**  ) | |
| ) | CASE NO. 23-12187-PMM |
| ACAR LEASING LTD  ) | |
| dba GM FINANCIAL LEASING  ) | 11 U.S.C. 362 |
| **Moving Party**  ) | |
| ) | HEARING DATE: **5-8-24 at 1:00 PM** |
| v.  ) | |
| ) | |
| WILLIAM STEVEN STANAITIS  ) | |
| PENNY MIFFLIN STANAITIS  ) | |
| **Respondent(s)**  ) | |
| ) | |
| KENNETH E. WEST  ) | |
| **Trustee** | |

**ORDER APPROVING STIPULATION**

IT IS HEREBY ORDERED that the Stipulation between ACAR Leasing and the Debtors in settlement of the Motion For Stay Relief, and filed on or about June 6, 2024 in the above matter is APPROVED.

Dated:  **June 7, 2024**

BY THE COURT:

_Patricia M. Mayer_
Hon. Patricia M. Mayer
UNITED STATES BANKRUPTCY JUDGE