United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                        Case No. 23-12187-pmm

William Steven Stanaitis                                                        Chapter 13

Penny Mifflin Stanaitis

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 07, 2024 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | William Steven Stanaitis, Penny Mifflin Stanaitis, 349 Mulberry Dr, Royersford, PA 19468-1272 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2024                           Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARY F. KENNEDY | on behalf of Creditor Citizens Bank  N.A. s/b/m to Citizens Bank of Pennsylvania mary@javardianlaw.com, tami@javardianlaw.com;angie.harrigan@javardianlaw.com |
| MICHAEL A. CIBIK | on behalf of Debtor William Steven Stanaitis help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL A. CIBIK | on behalf of Joint Debtor Penny Mifflin Stanaitis help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor WELLS FARGO BANK  N.A. mimcgowan@raslg.com |

District/off: 0313-2                          User: admin                                    Page 2 of 2

Date Rcvd: Jun 07, 2024                       Form ID: pdf900                                Total Noticed: 1

STEFAN RICHTER

      on behalf of Creditor Heather Glen Homeowners Association srichter@clemonslaw.com

United States Trustee

      USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG

      on behalf of Creditor Hyundai Capital America dba Hyundai Motor Finance wcraig@egalawfirm.com
mortoncraigecf@gmail.com;alapinski@egalawfirm.com

WILLIAM EDWARD CRAIG

      on behalf of Creditor ACAR Leasing Ltd. d/b/a GM Financial Leasing wcraig@egalawfirm.com
mortoncraigecf@gmail.com;alapinski@egalawfirm.com


TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION


| | | |
|---|---|---|
| IN RE: WILLIAM STEVEN STANAITIS | ) | |
| PENNY MIFFLIN STANAITIS | ) | CHAPTER 13 |
| **Debtor(s)** | ) | |
| | ) | CASE NO. 23-12187-PMM |
| HYUNDAI CAPITAL AMERICA dba | ) | |
| HYUNDAI MOTOR FINANCE | ) | 11 U.S.C. 362 |
| **Moving Party** | ) | |
| | ) | 11 U.S.C. 1301 |
| v. | ) | |
| | ) | |
| WILLIAM STEVEN STANAITIS | ) | HEARING DATE: **5-8-24 at 1:00 PM** |
| PENNY MIFFLIN STANAITIS | ) | |
| HUNTER J STANAITIS | ) | |
| **Respondent(s)** | ) | |
| | ) | |
| KENNETH E. WEST | | |
| **Trustee** | | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Hyundai Motor Finance and the

Debtors in settlement of the Motion For Stay Relief And Co-Debtor Relief, and filed on or about

June 6, 2024 in the above matter is APPROVED.


Dated:  **June 7, 2024**



BY THE COURT:


_Patricia M. Mayer_
_____
 Hon. Patricia M. Mayer
UNITED STATES BANKRUPTCY JUDGE