**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

| | |
|---|---|
| William Steven Stanaitis,<br>Penny Mifflin Stanaitis,<br>*Debtors*. | Case No. 23-12187-PMM<br>Chapter 13 |

**Praecipe to Relist**

To the Clerk of Court:

Please list the First Amended Plan filed at ECF No. 96 for confirmation before U.S. Bankruptcy Judge Patricia M. Mayer on **July 9, 2024**, at 9:30 a.m. in Courtroom No. 1 in Philadelphia.

Date: June 11, 2024

CIBIK LAW, P.C.
*Attorney for Debtors*

By: /s/ Mike Assad
Mike Assad (#330937)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com