United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 23-12187-pmm

William Steven Stanaitis  Chapter 13

Penny Mifflin Stanaitis

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 4

Date Rcvd: Jun 12, 2024     Form ID: 152     Total Noticed: 52

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | William Steven Stanaitis, Penny Mifflin Stanaitis, 349 Mulberry Dr, Royersford, PA 19468-1272 |
| cr | + | Heather Glen Homeowners Association, c/o Stefan Richter, Esquire, Clemons Richter & Reiss, PC, 2003 South Easton Road, Suite 300, Doylestown, PA 18901 UNITED STATES 18901-7100 |
| cr | + | Hyundai Capital America dba Hyundai Motor Finance, 2860 Patton rd, Roseville, MN 55113-1100 |
| cr | + | WELLS FARGO BANK, N.A., c/o POWERS KIRN, LLC, 8 Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |
| 14867120 | + | ACAR Leasing Ltd, C/O William E. Craig, Esquire, Eisenberg Gold & Agrawal, P.C., 1040 Kings Hwy N #200, Cherry Hill, NJ 08034-1925 |
| 14805672 | + | Aqua, 762 W Lancaster Ave,, Bryn Mawr, PA 19010-3489 |
| 14803689 | ++ | CCO MORTGAGE CORP, 10561 TELEGRAPH RD, GLEN ALLEN VA 23059-4577 address filed with court:, CCO Mortgage Corp., Attn: Bankruptcy, 10561 Telegraph Rd, Glen Allen, VA 23059 |
| 14803865 | | Citizens Bank, N.A., s/b/m to Citizens Bank of Pennsylvania, c/o Mary F. Kennedy, Esq., 1110 Industrial Blvd. 1st Flr, Suite 101, Southampton, PA 18966 |
| 14889305 | + | Heather Glen Homeowners Association, c/o Stefan Richter, Esquire, Clemons Richter & Reiss, P.C., 2003 South Easton Road, Suite 300, Doylestown, PA 18901-7100 |
| 14874214 | + | Hyundai Capital America dba Kia Motor Finance, c/o William E. Craig, Esquire, Eisenberg Gold & Agrawal, P.C., 1040 Kings Hwy N #200, Cherry Hill, NJ 08034-1925 |
| 14803700 | + | Limerick Township, 646 W Ridge Pike, Royersford, PA 19468-1497 |
| 14803701 | | Montgomery County Tax Claim Bureau, PO Box 190, Norristown, PA 19404-0190 |
| 14803706 | | Spring-Ford Area School District, 857 S Lewis Rd, Royersford, PA 19468-2711 |
| 14802537 | + | WELLS FARGO BANK, N.A., c/o Jill Manuel-Coughlin, Esq., POWERS KIRN, LLC, 8 Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 13 2024 02:46:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 13 2024 02:45:00 | ACAR Leasing Ltd. d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096, US 76096-3853 |
| cr | ^ | MEBN | Jun 13 2024 02:37:05 | Citizens Bank, N.A. s/b/m to Citizens Bank of Penn, 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 14803540 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 13 2024 02:45:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 14812081 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 13 2024 02:45:00 | ACAR Leasing Ltd. d/b/a GM Financial, P O Box 183853, Arlington, TX 76096-3853 |
| 14803687 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 13 2024 02:45:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, PO Box 183853, Arlington, TX 76096-3853 |
| 14803691 | | Email/Text: Bankruptcy.RI@Citizensbank.com | | |

| Recipient ID | | Delivery Method | Date/Time | Party |
|---|---|---|---|---|
| | | | Jun 13 2024 02:45:00 | Citizens Bank NA, Attn: Bankruptcy, 1 Citizens Plaza, Providence, RI 02903 |
| 14803688 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Jun 13 2024 02:45:21 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 14803690 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2024 02:53:17 | Citibank/Citgo Oil, Centralized Bankruptcy, PO Box 790034, St. Louis, MO 63179-0034 |
| 14803291 | ^ | MEBN | Jun 13 2024 02:37:05 | Citizens Bank, N.A. s/b/m to Citizens Bank, of Pennsylvania, 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 14803692 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 13 2024 02:45:00 | Comenity Bank/Catherines, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14803693 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2024 02:53:21 | ConocoPhillips/Citibank, Citicorp Credit Services/Centralized Bky, PO Box 790040, St. Louis, MO 63179-0040 |
| 14803694 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 13 2024 02:53:17 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14803695 | | Email/PDF: DellBKNotifications@resurgent.com | Jun 13 2024 02:53:14 | Dell Financial Services, Attn: Bankruptcy, P.O. Box 81577, Austin, TX 78708-1577 |
| 14803696 | + | Email/Text: bnc-bluestem@quantum3group.com | Jun 13 2024 02:46:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14807515 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jun 13 2024 02:46:00 | Hyundai Capital America DBA Hyundai Motor Finance, P.O. Box 20809, Fountain Valley, CA 92728-0809 |
| 14803697 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jun 13 2024 02:46:00 | Hyundai Motor Finance, Attn: Bankruptcy, PO Box 20829, Fountain Valley, CA 92728-0829 |
| 14803698 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 13 2024 02:45:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14806622 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jun 13 2024 02:46:00 | KeyBank NA, 4910 Tiedeman Rd., Brooklyn, OH 44144-2338 |
| 14806834 | ^ | MEBN | Jun 13 2024 02:37:07 | KeyBank NA, PO Box 94968, Cleveland OH 44101-4968 |
| 14803699 | | Email/Text: PBNCNotifications@peritusservices.com | Jun 13 2024 02:45:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14814458 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 13 2024 02:46:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14803702 | | Email/PDF: cbp@omf.com | Jun 13 2024 02:52:53 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14819816 | + | Email/Text: bankruptcygroup@peco-energy.com | Jun 13 2024 02:45:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14803703 | | Email/Text: fesbank@attorneygeneral.gov | Jun 13 2024 02:45:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 14805673 | + | Email/Text: bankruptcygroup@peco-energy.com | Jun 13 2024 02:45:00 | Peco Energy, 2301 Market St N 3-1, Philadelphia, PA 19103-1380 |
| 14805674 | | Email/Text: csc.bankruptcy@amwater.com | Jun 13 2024 02:46:00 | Pennsylvania American Water, Po Box 91623, Rantoul, IL 61866-8623 |
| 14803704 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 13 2024 02:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 14803705 | ^ | MEBN | Jun 13 2024 02:37:11 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14811772 | | Email/Text: bnc-quantum@quantum3group.com | Jun 13 2024 02:45:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |

District/off: 0313-2 | User: admin | Page 3 of 4
Date Rcvd: Jun 12, 2024 | Form ID: 152 | Total Noticed: 52

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| 14803707 | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 13 2024 02:52:28 | Syncb/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14803708 | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 13 2024 02:52:40 | Synchrony/Home Design, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14803709 | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 13 2024 02:46:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14803710 | ^ MEBN | Jun 13 2024 02:37:03 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14801533 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jun 13 2024 02:52:28 | U.S. Department of Housing and Urban Development, 100 Penn Square East, Philadelphia, PA 19107 |
| 14803711 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 13 2024 02:52:51 | Walmart Credit Services/Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14805884 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 13 2024 02:53:58 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 14803712 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 13 2024 02:53:18 | Wells Fargo Home Mortgage, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A, Des Moines, IA 50328-0001 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14803541 | *+ | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 14812190 | *+ | ACAR Leasing Ltd. d/b/a GM Financial, P O Box 183853, Arlington, TX 76096-3853 |
| 14889416 | *+ | Heather Glen Homeowners Association, c/o Stefan Richter, Esquire, Clemons Richter & Reiss, P.C., 2003 South Easton Road, Suite 300, Doylestown, PA 18901-7100 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 14, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |

District/off: 0313-2     User: admin     Page 4 of 4
Date Rcvd: Jun 12, 2024     Form ID: 152     Total Noticed: 52

| Name | Details |
|---|---|
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MARY F. KENNEDY | on behalf of Creditor Citizens Bank N.A. s/b/m to Citizens Bank of Pennsylvania mary@javardianlaw.com, tami@javardianlaw.com;angie.harrigan@javardianlaw.com |
| MICHAEL A. CIBIK | on behalf of Debtor William Steven Stanaitis help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL A. CIBIK | on behalf of Joint Debtor Penny Mifflin Stanaitis help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL I. ASSAD | on behalf of Debtor William Steven Stanaitis help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL I. ASSAD | on behalf of Joint Debtor Penny Mifflin Stanaitis help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor WELLS FARGO BANK N.A. mimcgowan@raslg.com |
| STEFAN RICHTER | on behalf of Creditor Heather Glen Homeowners Association srichter@clemonslaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor ACAR Leasing Ltd. d/b/a GM Financial Leasing wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Hyundai Capital America dba Hyundai Motor Finance wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: William Steven Stanaitis and Penny
Mifflin Stanaitis
    Debtor(s)

Case No: 23−12187−pmm

Chapter: 13

_____

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Patricia M. Mayer

, United States Bankruptcy Court 7/9/24 at 09:30 AM , in Courtroom #1, 900 Market Street, Philadelphia, PA 19107

        For The Court

        Timothy B. McGrath
        Clerk of Court

101 − 96
Form 152