IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>William Steven Stanaitis<br>Penny Mifflin Stanaitis<br>　　　　　Debtor(s)<br><br>Citizens Bank, N.A. s/b/m to Citizens Bank of Pennsylvania<br>　　　　　Objectant(s)<br><br>v.<br><br>William Steven Stanaitis<br>Penny Mifflin Stanaitis<br>　　　　　Respondent(s) | Chapter 13 Proceeding<br><br>No. 23-12187 PMM |

**PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION OF THE DEBTOR'S PLAN**

Citizens Bank, N.A. s/b/m to Citizens Bank of Pennsylvania respectfully withdraws its Objection to Confirmation of the Debtor's Plan without prejudice.

/s/ MARY F. KENNEDY, ESQUIRE
I.D. #77149
1310 Industrial Blvd.
1st Floor, Suite 101
Southampton, PA 18966
(215) 942-9690
mary@javardianlaw.com
Attorney for Movant,
Citizens Bank, N.A. s/b/m to Citizens Bank of Pennsylvania

{00908287}