# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>　William Steven Stanaitis,<br>　Penny Mifflin Stanaitis,<br><br>　　　　　Debtors. | Case No. 23-12187-PMM<br><br>Chapter 13 |

**Praecipe**

To the Clerk of Court:

　　Please withdraw the Debtors' Motion to Reconsider, which was filed with the Court at ECF No. 98.

Date: July 9, 2024

_/s/ Michael A. Cibik_
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com