United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 23-12187-pmm

William Steven Stanaitis  Chapter 13

Penny Mifflin Stanaitis

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4

Date Rcvd: Aug 28, 2024      Form ID: pdf900      Total Noticed: 52

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | William Steven Stanaitis, Penny Mifflin Stanaitis, 349 Mulberry Dr, Royersford, PA 19468-1272 |
| cr | + | Heather Glen Homeowners Association, c/o Stefan Richter, Esquire, Clemons Richter & Reiss, PC, 2003 South Easton Road, Suite 300, Doylestown, PA 18901 UNITED STATES 18901-7100 |
| cr | + | Hyundai Capital America dba Hyundai Motor Finance, 2860 Patton rd, Roseville, MN 55113-1100 |
| cr | + | WELLS FARGO BANK, N.A., c/o POWERS KIRN, LLC, 8 Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |
| 14867120 | + | ACAR Leasing Ltd, C/O William E. Craig, Esquire, Eisenberg Gold & Agrawal, P.C., 1040 Kings Hwy N #200, Cherry Hill, NJ 08034-1925 |
| 14805672 | + | Aqua, 762 W Lancaster Ave,, Bryn Mawr, PA 19010-3489 |
| 14803689 | ++ | CCO MORTGAGE CORP, 10561 TELEGRAPH RD, GLEN ALLEN VA 23059-4577 address filed with court:, CCO Mortgage Corp., Attn: Bankruptcy, 10561 Telegraph Rd, Glen Allen, VA 23059 |
| 14803865 | | Citizens Bank, N.A., s/b/m to Citizens Bank of Pennsylvania, c/o Mary F. Kennedy, Esq., 1110 Industrial Blvd. 1st Flr, Suite 101, Southampton, PA 18966 |
| 14889305 | + | Heather Glen Homeowners Association, c/o Stefan Richter, Esquire, Clemons Richter & Reiss, P.C., 2003 South Easton Road, Suite 300, Doylestown, PA 18901-7100 |
| 14874214 | + | Hyundai Capital America dba Kia Motor Finance, c/o William E. Craig, Esquire, Eisenberg Gold & Agrawal, P.C., 1040 Kings Hwy N #200, Cherry Hill, NJ 08034-1925 |
| 14803700 | + | Limerick Township, 646 W Ridge Pike, Royersford, PA 19468-1497 |
| 14803701 | | Montgomery County Tax Claim Bureau, PO Box 190, Norristown, PA 19404-0190 |
| 14803706 | | Spring-Ford Area School District, 857 S Lewis Rd, Royersford, PA 19468-2711 |
| 14802537 | + | WELLS FARGO BANK, N.A., c/o Jill Manuel-Coughlin, Esq., POWERS KIRN, LLC, 8 Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 29 2024 00:17:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 29 2024 00:17:00 | ACAR Leasing Ltd. d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096, US 76096-3853 |
| cr | ^ | MEBN | Aug 29 2024 00:09:21 | Citizens Bank, N.A. s/b/m to Citizens Bank of Penn, 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 14803540 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 29 2024 00:17:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 14812081 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 29 2024 00:17:00 | ACAR Leasing Ltd. d/b/a GM Financial, P O Box 183853, Arlington, TX 76096-3853 |
| 14803687 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 29 2024 00:17:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, PO Box 183853, Arlington, TX 76096-3853 |
| 14803691 | | Email/Text: Bankruptcy.RI@Citizensbank.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 28, 2024 | Form ID: pdf900 | Total Noticed: 52 |

| | | | | |
|---|---|---|---|---|
| | | | Aug 29 2024 00:17:00 | Citizens Bank NA, Attn: Bankruptcy, 1 Citizens Plaza, Providence, RI 02903 |
| 14803688 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Aug 29 2024 00:17:58 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 14803690 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 29 2024 00:27:57 | Citibank/Citgo Oil, Centralized Bankruptcy, PO Box 790034, St. Louis, MO 63179-0034 |
| 14803291 | ^ | MEBN | Aug 29 2024 00:09:21 | Citizens Bank, N.A. s/b/m to Citizens Bank, of Pennsylvania, 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 14803692 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 29 2024 00:17:00 | Comenity Bank/Catherines, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14803693 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 29 2024 00:27:58 | ConocoPhillips/Citibank, Citicorp Credit Services/Centralized Bky, PO Box 790040, St. Louis, MO 63179-0040 |
| 14803694 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 29 2024 00:16:54 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14803695 | | Email/PDF: DellBKNotifications@resurgent.com | Aug 29 2024 00:15:52 | Dell Financial Services, Attn: Bankruptcy, P.O. Box 81577, Austin, TX 78708-1577 |
| 14803696 | + | Email/Text: bnc-bluestem@quantum3group.com | Aug 29 2024 00:17:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14807515 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Aug 29 2024 00:17:00 | Hyundai Capital America DBA Hyundai Motor Finance, P.O. Box 20809, Fountain Valley, CA 92728-0809 |
| 14803697 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Aug 29 2024 00:17:00 | Hyundai Motor Finance, Attn: Bankruptcy, PO Box 20829, Fountain Valley, CA 92728-0829 |
| 14803698 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 29 2024 00:17:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14806622 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Aug 29 2024 00:17:00 | KeyBank NA, 4910 Tiedeman Rd., Brooklyn, OH 44144-2338 |
| 14806834 | ^ | MEBN | Aug 29 2024 00:09:15 | KeyBank NA, PO Box 94968, Cleveland OH 44101-4968 |
| 14803699 | | Email/Text: PBNCNotifications@peritusservices.com | Aug 29 2024 00:17:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14814458 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 29 2024 00:17:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14803702 | | Email/PDF: cbp@omf.com | Aug 29 2024 00:16:51 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14819816 | + | Email/Text: bankruptcygroup@peco-energy.com | Aug 29 2024 00:17:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14803703 | | Email/Text: fesbank@attorneygeneral.gov | Aug 29 2024 00:17:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 14805673 | + | Email/Text: bankruptcygroup@peco-energy.com | Aug 29 2024 00:17:00 | Peco Energy, 2301 Market St N 3-1, Philadelphia, PA 19103-1380 |
| 14805674 | | Email/Text: csc.bankruptcy@amwater.com | Aug 29 2024 00:17:00 | Pennsylvania American Water, Po Box 91623, Rantoul, IL 61866-8623 |
| 14803704 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 29 2024 00:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 14803705 | ^ | MEBN | Aug 29 2024 00:09:36 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14811772 | | Email/Text: bnc-quantum@quantum3group.com | Aug 29 2024 00:17:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |

Case 23-12187-pmm  Doc 119  Filed 08/30/24  Entered 08/31/24 00:35:02  Desc
Imaged Certificate of Notice  Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 28, 2024 | Form ID: pdf900 | Total Noticed: 52 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14803707 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 29 2024 00:15:11 | Syncb/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14803708 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 29 2024 00:16:58 | Synchrony/Home Design, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14803709 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 29 2024 00:17:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14803710 | ^ | MEBN | Aug 29 2024 00:09:11 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14801533 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Aug 29 2024 00:15:49 | U.S. Department of Housing and Urban Development, 100 Penn Square East, Philadelphia, PA 19107 |
| 14803711 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 29 2024 00:16:54 | Walmart Credit Services/Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14805884 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 29 2024 00:27:58 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 14803712 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 29 2024 00:27:06 | Wells Fargo Home Mortgage, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A, Des Moines, IA 50328-0001 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14803541 | *+ | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 14812190 | *+ | ACAR Leasing Ltd. d/b/a GM Financial, P O Box 183853, Arlington, TX 76096-3853 |
| 14889416 | *+ | Heather Glen Homeowners Association, c/o Stefan Richter, Esquire, Clemons Richter & Reiss, P.C., 2003 South Easton Road, Suite 300, Doylestown, PA 18901-7100 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 30, 2024        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |

| | |
|---|---|
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MARY F. KENNEDY | on behalf of Creditor Citizens Bank N.A. s/b/m to Citizens Bank of Pennsylvania mary@javardianlaw.com, tami@javardianlaw.com;angie.harrigan@javardianlaw.com |
| MICHAEL A. CIBIK | on behalf of Debtor William Steven Stanaitis help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL A. CIBIK | on behalf of Joint Debtor Penny Mifflin Stanaitis help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor WELLS FARGO BANK N.A. mimcgowan@raslg.com |
| STEFAN RICHTER | on behalf of Creditor Heather Glen Homeowners Association srichter@clemonslaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor ACAR Leasing Ltd. d/b/a GM Financial Leasing wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Hyundai Capital America dba Hyundai Motor Finance wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                          :        Chapter 13

    William Steven Stanaitis,
    Penny Mifflin Stanaitis,

    Debtors.                                          :        23-12187-pmm

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR
APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within **fourteen (14) days** of the entry of this Order.

5. **Promptly after the expiration of the time period set forth in Paragraph 4 above, Counsel for the Debtor(s) shall file either**:

    (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or

    (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Dated: **August 27, 2024**

                                                          **PATRICIA M. MAYER**
                                                          **U.S. BANKRUPTCY JUDGE**