**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | William Steven Stanaitis |
| Debtor 2 (Spouse, if filing) | Penny Mifflin Stanaitis |
| United States Bankruptcy Court for the: | Eastern District of Pennsylvania |
| Case number | 23-12187-PMM |

Official Form 410S1

# Notice of Mortgage Payment Change                                        12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Citizens Bank,NA sbm to Citizens Bank of PA    **Court claim no.** (if known): 7

**Last 4 digits** of any number you use to identify the debtor's account: 0 3 0 7

**Date of payment change:** Must be at least 21 days after date of this notice    02/28/2024

**New total payment:** Principal, interest, and escrow, if any    $ 701.34

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☑ No
   - ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____    New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☐ No
   - ☑ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
     (*Court approval may be required before the payment change can take effect.*)

   Reason for change: daily simple interest payment change

   Current mortgage payment: $ 731.01    New mortgage payment: $ 701.34

Official Form 410S1                    **Notice of Mortgage Payment Change**                    page 1

| Debtor 1 | William Steven Stanaitis | Case number (if known) 23-12187-PMM |
|---|---|---|
| | First Name  Middle Name  Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Mary F. Kennedy
Signature

Date 02/07/2024

Print: Mary F. Kennedy, Esquire
First Name  Middle Name  Last Name

Title: Attorney for Citizens Bank, N.A. s/b/m to Citizens Bank of Pennsylvania

Company: Law Office of Gregory Javardian, LLC

Address: 1310 Industrial Blvd., Ste 101
Number  Street

Southampton, PA 18966
City  State  ZIP Code

Contact phone 215-942-9690

Email mary@javardianlaw.com

Official Form 410S1     **Notice of Mortgage Payment Change**     page **2**